IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN M. NEELY )<br>　　Plaintiff(s) )<br>　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>PROVIDENT LIFE AND ACCIDENT )<br>INSURANCE COMPANY, et al. )<br>　　Defendant(s) ) | Case No. 3:17-0996<br>Judge Crenshaw/Frensley |

**O R D E R**

Pursuant to the Motion for Remand (Docket No. 7) and the Proposed Consent Order to Remand (Docket No. 12-1), the Initial Case Management Conference scheduled for August 28, 2017, at 11:00 a.m., is CANCELLED.

IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge