UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN M. NEELY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:17-cv-00996 |
| | ) CHIEF JUDGE CRENSHAW |
| PROVIDENT LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY, individually, | ) |
| PROVIDENT LIFE AND ACCIDENT | ) |
| INSURANCE COMPANY d/b/a UNUM | ) |
| GROUP CORPORATION, UNUM | ) |
| GROUP CORPORATION, individually, | ) |
| | ) |
| Defendants. | ) |

## CONSENT ORDER TO REMAND

Plaintiff, Stephen M. Neely, and Defendants Provident Life and Accident Insurance Company, individually, and Provident Life and Accident Insurance Company d/b/a Unum Group Corporation, Unum Group Corporation, individually, hereby announce that they are in agreement to remand this case to the Chancery Court for Wilson County, Tennessee. (Doc. Nos. 7 and 12.) Plaintiff's request for attorneys' fees and costs under 28 U.S.C. § 1447(c), is withdrawn.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE